26 F.3d 124
 Trailer Marine Transport Corporation a/k/a Inter-Island
Intermodal Lines, Inc.
v.
Charley's Trucking, Inc. v. Bagwell Coatings of Caribbean,
Inc., Deliver It Warehousing, Inc., F.W. Woolworth Co.,
Meridian Engineering, Inc.; Trailer Marine Transport
Corporation a/k/a Inter-Island Intermodal Lines, Inc. v.
Charley's Trucking, Inc., Charles (Reynald), d/b/a Charley's
Trucking Service v. Bagwell Coatings of Caribbean, Inc.
Deliver It Warehousing, Inc., F.W. Woolworth Co.
 NOS. 93-7288, 93-7253
 United States Court of Appeals,
Third Circuit.
 Apr 21, 1994
 
 1
 Appeal From: D.V.I.
 
 
 2
 AFFIRMED AND REMANDED.